IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| JEANIE ZAPOROWSKI, | ) | 8:11CV205 |
| | ) | |
| Plaintiff, | ) | |
| | ) | ORDER |
| vs. | ) | |
| | ) | |
| CITY OF OMAHA, THE CITY OF | ) | |
| OMAHA EMPLOYEES' RETIREMENT | ) | |
| SYSTEM BOARD OF TRUSTEES, | ) | |
| BUSTER BROWN, KENNETH KRIZ, | ) | |
| MARY BECKENHAUER, PETER | ) | |
| FESTERSEN, RICHARD O'GARA, | ) | |
| PAM SPACCAROTELLA, and | ) | |
| NANCY SCHOBER, serving in | ) | |
| their official capacities | ) | |
| as members of the City of | ) | |
| Omaha Employees' Retirement | ) | |
| System Board of Trustees and | ) | |
| PAUL MURPHY, serving in his | ) | |
| official capacity of Benefits | ) | |
| Manager for the City of Omaha; | ) | |
| serving in his official | ) | |
| capacity as advisor to the | ) | |
| City of Omaha Employees' | ) | |
| Retirement System Board of | ) | |
| Trustees and in their | ) | |
| individual capacities, | ) | |
| | ) | |
| Defendants. | ) | |

This matter is before the Court after receipt of the report of parties' planning conference (Filing No. 10).

IT IS ORDERED that a scheduling conference with the undersigned will be held on:

**Monday, August 22, 2011, at 8:15 a.m.**

in Suite 3190, Roman L. Hruska U.S. Courthouse, 111 South 18th Plaza, **OMAHA**, Nebraska, to establish a final progression order for this case. The parties may participate by telephone by notifying Judge Strom's office prior to said date.

DATED this 3rd day of August, 2011.

BY THE COURT:

/S/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court