IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| JEANIE ZAPOROWSKI, | ) | |
| | ) | |
| Plaintiff, | ) | 8:11CV205 |
| | ) | |
| v. | ) | |
| | ) | |
| CITY OF OMAHA, et al., | ) | ORDER |
| | ) | |
| Defendants. | ) | |

This matter is before the Court on plaintiff's motion to file under seal (Filing No. 19).  The Court finds the motion should be granted.  Accordingly,

IT IS ORDERED that plaintiff's motion is granted; Filing No. 21 shall remain sealed until further order of the Court.

DATED this 9th day of September, 2011.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court